**PROFECTUS TECHNOLOGY LLC, Plaintiff–Appellant**

v.

**HUAWEI TECHNOLOGIES CO., LTD., Huawei Technologies USA, Inc., Huawei Device USA, Inc., Futurewei Technologies, Inc., Defendants**

Dell Inc., Apple Inc., Samsung Telecommunications America, LLC, Samsung Electronics America, Inc., Motorola Mobility LLC, Hewlett–Packard Company, Hewlett–Packard Development Company, L.P., Defendants–Appellees

2015–1016, 2015–1018, 2015–1019

United States Court of Appeals, Federal Circuit.

May 26, 2016

Thomas C. Wright, Attorney, Cunningham Swaim, LLP, Steven Edward Ross, Attorney, Ross IP Group PLLC, Dallas, TX, for Plaintiff–Appellant.

Roger Fulghum, Michael Hawes, Attorney, Tammy Pennington Rhodes, Baker Botts, LLP, Houston, TX, for Defendant–Appellee Dell Inc.

Lauren B. Fletcher, Attorney, William F. Lee, Kevin M. Yurkerwich, Attorney, Boston, MA, Brittany Blueitt Amadi, Esq., Washington, DC, Wilmer Cutler Pickering Hale and Dorr LLP, for Defendant–Appellee Apple Inc.

Ahmed Jamal Davis, Michael J. McKeon, Esq, Washington, DC, John Stephen Goetz, Attorney, New York, NY, Fish & Richardson, P.C., for Defendants–Appellees Samsung Telecommunications America, LLC, Samsung Electronics America, Inc.

Jonathan E. Retsky, Kurt A. Mathas, Ivan Michael Poullaos, Chicago, IL, Andrew Ryan Sommer, Washington, DC, Winston & Strawn LLP, for Defendant–Appellee Motorola Mobility LLC.

Nickolas Bohl, Margaret Elizabeth Day, Feinberg Day Alberti & Thompson LLP, Menlo Park, CA, for Defendants–Appellees Hewlett–Packard Company, Hewlett–Packard Development Company, L.P.

Before Moore, Reyna, and Wallach, Circuit Judges.

## ORDER

Per Curiam.

On October 27, 2015, we ordered the parties to prepare to show cause at oral argument as to why sanctions should not be imposed for violation of Federal Circuit Rule 28(d). The parties addressed the issue of sanctions at oral argument and refiled corrected briefing and appendices following oral argument. Regarding the show-cause order on October 27, 2015, we decline to impose sanctions for violation of Federal Circuit Rule 28(d).

IT IS ORDERED THAT:

Sanctions are not imposed.